**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00455-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER CASTREJON-ALCOCER,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on January 22, 2014, it is

    ORDERED that Defendant Christopher Castrejon-Alcocer, is sentenced to TIME SERVED.

    DATED: January 22, 2014

                                        BY THE COURT:

                                        _____
                                        Christine M. Arguello
                                        United States District Judge